# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 16, 2025

Lyle W. Cayce
Clerk

No. 24-11079
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

JOEY DEAN DOGGETT,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CR-98-1

———————————————————

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges.*

PER CURIAM:[*]

The attorney appointed to represent Joey Dean Doggett has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Doggett has not filed a response. We have reviewed counsel's brief—itself tardy and incomplete—and the relevant portions of the record

———————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-11079

reflected therein. We concur with the assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.